# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

154444 (29)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TRACY LYNN COWAN,
     Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 154444
COA: 331947
Oakland CC: 2002-187234-FC

     On order of the Court, the motion for reconsideration of this Court's October 24, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



t0209

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk